## Capital Bank and Trust Company, Trustee, *v.* Penn Finance Co. (Heller, Appellant).

Argued January 7, 1938.   Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Bertram U. Weinberg,* with him *Maurice G. Weinberg* and *David T. Kleindinst,* for appellant.

*Charles C. Stroh,* of *Stroh & McCarrell,* with him *Samuel Handler,* for appellees.

PER CURIAM, April 11, 1938:

The appeal in the above entitled case is dismissed. See opinion in *Heller v. Capital Bank & Trust Co.,* 330 Pa. 174.